**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**

|  |  |
|---|---|
| Tricia Sturgeon, | : |
|  | : |
|  | : Civil Action No.:  2:11-cv-00421-EAS-EPD |
| Plaintiff, | : |
| v. | : |
|  | : |
| Penn Credit Corporation; and DOES 1-10, | : |
| inclusive, | : |
|  | : |
| Defendant. | : |

**NOTICE OF WITHDRAWAL OF COMPLAINT AND VOLUNTARY**
**DISMISSAL OF ACTION WITH PREJUDICE**
**PURSUANT TO RULE 41(a)**

Tricia Sturgeon ("Plaintiff"), by Plaintiff's attorney, hereby withdraws the complaint and voluntarily dismisses this action, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: October 27, 2011

Respectfully submitted,

By: */s/ Brian T. McElroy*_____
Brian T. McElroy, Esq. (0073930)
MCELROY LAW, LLC
1991 Crocker Road
Gemini I, Suite 600
Westlake, Ohio 44145
Phone:  (440) 892-3334
Fax:     (440) 892-3336
Email: btm@McElroyLawllc.com

Co-Counsel with:

LEMBERG & ASSOCIATES, L.L.C.
A Connecticut Law Firm
1100 Summer Street, 3rd Floor
Stamford, CT 06905
Telephone: (203) 653-2250

Facsimile:  (203) 653-3424
Attorneys for Plaintiff:
Tricia Sturgeon

**<u>CERTIFICATE OF SERVICE</u>**

       I hereby certify that on October 27, 2011, a true and correct copy of the foregoing Notice of Withdrawal of Complaint and Voluntary Dismissal of Action was served electronically by the U.S. District Court for the Southern District of Ohio Electronic Document Filing System (ECF) and that the document is available on the ECF system.

By /s/ Brian T. McElroy

Brian T. McElroy